Cato v. Gill, and McIntosh v. The Same.

Note.—A bill of exceptions was tendered to the opinion of the court, and the cause carried by writ of error to the high Court of Errors and Appeals, where, in November Term, 1792, the judgment of the Supreme Court was reversed *und voce.* The evidence of the execution of the deed in this case, was similar to that offered in the case of *Pigot* v. *Holloway,* 1 *Binney* 436, to prove a warrant of attorney. The court unanimously admitted the instrument.

Cited *in Patterson* v. *Tucker,* 4 *Hal.* 333.

## CATO v. GILL, and McINTOSH v. THE SAME.

The action on the timber act for the penalty must be debt, and must so appear on the record of the justice.

These cases were brought up by *certiorari* from before Justice Kennard, of Gloucester county, and the judgments were in both actions reversed, because they were brought to recover the penalties prescribed by the *act to prevent the waste of timber,* &c., and it did not appear they were actions of debt. It was said to have been settled in three several cases of *Hoagland* v. *Stephens and others,* in September Term, 1789; that the action must be debt, and appear to be so on the record of the justice.

Judgments reversed.

Note.—See *Crane's Case, post S. P.*